UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| MARSHALL BURGESS, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN E. SANDOVAL, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | 3:12-cv-00085-LRH-WGC <br><br> O R D E R |

     Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#88[1]) entered on April 23, 2013, recommending denying Plaintiff's Emergency Motion to Be Able to Make and Be Heard on an Oral TRO/Preliminary Injunction About Prison Condition on November 27, 2012 at 1:30 pm (#59) filed on November 16, 2012. No objections to the Report and Recommendation were filed. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

     The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation

---

[1] Refers to court's docket number.

1  (#88) entered on April 23, 2013, should be adopted and accepted, with the modification of adding the

2  word "not" on page 8, line 7, between the word "has" and the word "provided".

3      IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#88)

4  entered on April 23, 2013, is adopted and accepted, and is modified as per this Order, and Plaintiff's

5  Emergency Motion to Be Able to Make and Be Heard on an Oral TRO/Preliminary Injunction About

6  Prison Condition on November 27, 2012 at 1:30 pm (#59) is DENIED.

8      IT IS SO ORDERED.

9      DATED this 29th day of June, 2013.

    _____
    LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE