1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                            DISTRICT OF NEVADA

8                                  * * * * *

9    MARSHALL BURGESS, JR.,                    )
                                               )
10            Plaintiff,                        )        3:12-cv-00085-LRH-WGC
                                               )
11   v.                                         )
                                               )        O R D E R
12   BRIAN E. SANDOVAL, *et al.*,               )
                                               )
13            Defendants.                       )
     _____ )

14

15          Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G.

16   Cobb (#88[1]) entered on April 23, 2013, recommending denying Plaintiff's Emergency Motion to Be

17   Able to Make and Be Heard on an Oral TRO/Preliminary Injunction About Prison Condition on

18   November 27, 2012 at 1:30 pm (#59) filed on November 16, 2012. No objections to the Report and

19   Recommendation were filed. This action was referred to the Magistrate Judge pursuant to 28 U.S.C.

20   § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the

21   District of Nevada.

22          The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

23   memoranda of the parties and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1) (B)

24   and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation

25

26         [1]Refers to court's docket number.

1    (#88) entered on April 23, 2013, should be adopted and accepted, with the modification of adding the

2    word "not" on page 8, line 7, between the word "has" and the word "provided".

3        IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#88)

4    entered on April 23, 2013, is adopted and accepted, and is modified as per this Order, and Plaintiff's

5    Emergency Motion to Be Able to Make and Be Heard on an Oral TRO/Preliminary Injunction About

6    Prison Condition on November 27, 2012 at 1:30 pm (#59) is DENIED.

7

8        IT IS SO ORDERED.

9        DATED this 29th day of June, 2013.

10

11                    _____
                   LARRY R. HICKS
                   UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26