# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARSHALL BURGESS, JR., | Case No. 3:12-cv-00085-LRH-WGC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| BRIAN E. SANDAVAL, *et al.*, | |
| Defendants. | |

It is stipulated and agreed by and between Plaintiff, Marshall Burgess, Jr., in pro se, and Defendants, Raul Betancourt, Cynthia Green, Melissa Haynes, James Kelly, Sean Moore, Richard Payne, Michael Peabody, Bobby Preston, Tim Robinson, and Darrel Taylor, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, that the civil rights complaint in the above-captioned matter be dismissed with prejudice.

///
///
///
///
///

Each party shall bear their own attorneys' fees and costs.

DATED this 28 day of October, 2014.                    DATED this 28 day of October, 2014.

                                                                           CATHERINE CORTEZ MASTO
                                                                           Attorney General

By: /s/ Marshall Burgess, Jr.                                         By: /s/ Benjamin R. Johnson
MARSHALL BURGESS, JR.                                        BENJAMIN R. JOHNSON
Pro Se Plaintiff                                                              Deputy Attorney General
                                                                           Bureau of Litigation
                                                                           *Attorneys for Defendants*

IT IS SO ORDERED that Case No. 3:12-cv-00085-LRH-WGC is dismissed with prejudice:

DATED: 30 day of Oct., 2014

/s/ Larry R. Hicks
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE